E-FILED

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYBN 2040855)
   Assistant United States Attorney
5
   150 Almaden Blvd., Suite 900
6  San Jose, CA 95113
   Telephone: (4408) 535-5061
7  Facsimile: (408) 535-5066
   Email: matthew.parrella@usdoj.gov
8  Attorneys for Plaintiff

RECEIVED SEP 2 5 2008

CHAMBERS COPY

FILED SEP 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN KOHR, <br><br> Defendant. | No. CR 06-00035 - RS <br><br> NOTICE OF DISMISSAL AND [~~PROPOSED~~] ORDER <br><br> (San Jose Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information without prejudice.

DATED: 9/25/08

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

MATTHEW A. PARRELLA
Chief, San Jose Division

NOTICE OF DISMISSAL
AND ORDER
CR 06-00035 - RS

1  Leave of Court having been granted to the government to dismiss that indictment, **IT IS**
2  **HEREBY ORDERED** that the captioned indictment is dismissed without prejudice.
3
4  Date: 9/29/08
5  _____
   RICHARD SEEBORG
   United States Magistrate Judge

NOTICE OF DISMISSAL
AND ORDER
CR 06-00035 - RS                    2